```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X
                                    :
UNITED STATES OF AMERICA.,          :      08 civ. 6987 (LAP)
                                    :
            Plaintiff,              :      ORDER
                                    :
      v.                            :
                                    :
FRANCIS COBAIN,                     :
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - -X

LORETTA A. PRESKA, U.S.D.J.

   On October 27, 2008, Magistrate Judge Dolinger issued a Report and Recommendation awarding Plaintiff damages in the amount of $3,984.06 on its default judgment. Objections to that Report and Recommendation were due on November 10, 2008. Having received no objections and finding Judge Dolinger's decision to be correct and appropriate upon de novo review, see Fed. R. Civ. P. 72(b), his Report and Recommendation is hereby ADOPTED.

SO ORDERED:

DATED:   New York, New York
         November 19, 2008

                                    _____
                                    LORETTA A. PRESKA, U.S.D.J.